1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARCUS A. SMITH,                          Case No.  2:24-cv-02134-JDP (PC)

12               Plaintiff,                     **ORDER**

13         v.                                   TRANSFERRING THIS ACTION TO THE
                                               FRESNO DIVISION FOR THE EASTERN
14   E. GOMEZ, *et al.*,                        DISTRICT OF CALIFORNIA

15               Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to

18   42 U.S.C. § 1983.  In his complaint, plaintiff alleges violations of his civil rights by defendants.

19   The alleged violations took place in Kern County, which is part of the Fresno Division of the

20   United States District Court for the Eastern District of California.  *See* Local Rule 120(d).

21         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

22   division of a court may, on the court's own motion, be transferred to the proper division of the

23   court.  Therefore, this action will be transferred to the Fresno Division of the court.

24         Good cause appearing, IT IS HEREBY ORDERED that:

25         1.   This action is transferred to the United States District Court for the Eastern District of

26              California sitting in Fresno; and

27         2.  All future filings shall reference the new Fresno case number assigned and shall be

28   filed at:

                                               1

1    United States District Court
     Eastern District of California
2    2500 Tulare Street
     Fresno, CA 93721
3

4    IT IS SO ORDERED.

5

6    Dated:    August 14, 2024    

7                                                    JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                  2